EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
| Extensión de términos por motivo de concesión de los días 2 de abril, 20 y 27 de noviembre, 24 y 31 de diciembre de 2026; 4 y 5 de enero, 25 de marzo, 26 de noviembre, 24 y 31 de diciembre de 2027 y el 5 y 7 enero de 2028. | 2026 TSPR 6 <br><br> 217 DPR ___ |

Número del Caso:  EM-2026-0002

Fecha:  22 de enero de 2026

Materia: Extensión de términos por motivo de concesión de los días 2 de abril, 20 y 27 de noviembre, 24 y 31 de diciembre de 2026; 4 y 5 de enero, 25 de marzo, 26 de noviembre, 24 y 31 de diciembre de 2027 y el 5 y 7 enero de 2028.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Extensión de términos por motivo de concesión de los días 2 de abril, 20 y 27 de noviembre, 24 y 31 de diciembre de 2026; 4 y 5 de enero, 25 de marzo, 26 de noviembre, 24 y 31 de diciembre de 2027 y el 5 y 7 de enero de 2028. | EM-2026-0002 | |

RESOLUCIÓN

En San Juan, Puerto Rico, a 22 de enero de 2026.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa Núm. OAJP-2025-137 de 12 de noviembre de 2025, donde decreta unas fechas de cierres totales del Tribunal General de Justicia entre abril de 2026 y enero de 2028.

La Orden Administrativa Núm. OAJP-2025-137 dispone que los días siguientes serán de cierre total en el Poder Judicial: 2 de abril de 2026, 20 y 27 de noviembre de 2026, 24 y 31 de diciembre de 2026; 4 y 5 de enero de 2027, 25 de marzo de 2027, 26 de noviembre de 2027, 24 y 31 de diciembre de 2027 y el 5 y 7 de enero de 2028. Durante un cierre total, los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y juezas de turno que operarán como se acostumbra en un día feriado.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos de los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. Por tal razón,

los días concretados como cierres totales se considerarán como si fueran feriados. Cualquier término que venza durante las fechas decretadas se extenderá al día laborable siguiente.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Bettina Zeno González
Secretaria del Tribunal Supremo Interina